## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BRIAN T. LANGSTON,**<br><br>Plaintiff(s),<br><br>-vs-<br><br>**OFFICER LANZO, et al.,**<br><br>Defendant(s). | Civil Action No. 24-10614 (ZNQ) (RLS)<br><br><br><br>**ORDER SCHEDULING<br>PRETRIAL<br>MEMORANDUM SUBMISSION** |

To:    All Litigants

**IT IS on this 22d day of May, 2026, ORDERED THAT:**

All discovery is to be completed by **September 21, 2026**.

By **July 20, 2026**, the parties shall electronically file a letter stating the status of discovery and any pending discovery issues.

Any dispositive motions shall be electronically filed no later than **October 23, 2026**. Any opposition to the motion must be electronically filed no later than **November 2, 2026**. Any reply briefing shall be electronically filed no later than **November 9, 2026**. Copies of all motion papers shall be served on the Clerk of the Court, counsel of record, and *pro se* litigant.

You are to comply with the enclosed directive regarding the contents of the Pretrial Memorandum. If **no** dispositive motions are filed, Plaintiff shall submit the original and one copy of Plaintiff's Pretrial Memorandum to the Honorable Rukhsanah L. Singh, U.S.M.J., by **November 23, 2026.** Defendant shall submit an original and one copy of Defendant's Pretrial Memorandum by **November 30, 2026.** Copies of all Pretrial Memoranda shall be served on counsel of record and *pro se* litigant. **The Pretrial Memoranda are not to be filed on CM/ECF by the parties.**

If dispositive motions are filed, the deadlines for the submission of the Pretrial Memoranda shall be reset after a decision on the motions is issued.

The Pretrial Order shall be filed by the Court on or about **two weeks after all Pretrial Memoranda have been submitted**. There shall be no appearances by any party or counsel unless directed by the Court. Outstanding discovery disputes must be

resolved before that date by appropriate motion.  *See* Local Civil Rules 7.1, 37.1, 56.1, 78.1 (motions), and 26.1 (discovery).

Any failure to comply with the deadlines set forth herein or with the rules of the court may result in the imposition of sanctions, including dismissal of the complaint.

RUKHSANAH L. SINGH
United States Magistrate Judge

# PRETRIAL MEMORANDUM INSTRUCTIONS

Each party shall prepare a Pretrial Memorandum which shall contain the following information:

1. A concise statement of the nature of the action and of the jurisdiction of this Court.

2. The admissions or stipulations of the parties with respect to the cause of action pleaded by plaintiff or defendant-counterclaimant.

3. The factual (not conclusory) and legal contentions of the plaintiff as to the liability for the defendant.

4. The factual (not conclusory) and legal contentions of the defendant as to non-liability and affirmative defenses.

5. All claims as to damages and the extent of injury, and admissions or stipulations with respect thereto. Requirements of this paragraph will not be satisfied by incorporating through reference answers to interrogatories.

6. A specification of the legal issues to be determined at trial, including all evidence problems which are anticipated for trial.

7. A list of the exhibits offered by each party.

8. The name of each proposed expert witness together with each such expert's qualifications and report.

9. The names and current addresses of every proposed witness together with a summary of the testimony expected from each.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

A date for the submission of trial briefs and additional submissions as deemed necessary shall be set by the trial judge.

<u>Amendments or additions to the Pretrial Memorandum will not be permitted except where the Court determines that manifest injustice would result if the amendment is not allowed.</u>

<u>Failure to set forth any of the information described above shall preclude the party who omitted that information from presenting it at trial.</u>